IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MI FAMILIA VOTA EDUCATION FUND;
SARA SCHWARTZ; and MARLA LOPEZ,

               Plaintiffs,

    -against-

DONALD J. TRUMP, in his individual and
official capacity as President of the United States;
WILLIAM P. BARR, in his official capacity as
Attorney General; and CHAD F. WOLF, in his
official capacity as Acting Secretary of Homeland
Security,

               Defendants.

No. _1:20-cv-03030____

**PLAINTIFFS' MOTION FOR A
TEMPORARY RESTRAINING
ORDER, PRELIMINARY
INJUNCTION, AND SPEEDY
DECLARATORY JUDGMENT**

Plaintiffs Mi Familia Vota Education Fund, Sara Schwartz, and Marla Lopez, by their undersigned counsel, move pursuant to Federal Rules of Civil Procedure 57 and 65 that the Court issue a temporary restraining order, preliminary injunction, and speedy declaratory judgment against Defendants Donald J. Trump, William P. Barr, and Chad F. Wolf (collectively, "Defendants") because of Defendants' ongoing and repeated violations of Section 11(b) of the Voting Rights Act of 1965.

Plaintiffs ask the Court to declare, based on the evidence and arguments presented to date, that Defendants' actions and statements concerning deploying armed federal law enforcement agents to suppress peaceful protests, encouraging vigilante violence against demonstrators, discrediting voting by mail, sabotaging mail delivery for the purpose of making voting by mail less reliable, threatening to ban voting by mail or prevent mailed-in votes from being counted, threatening to send law enforcement to polling places, proposing to delay the

1

2020 general election, and stating that President Trump will refuse to recognize the legitimacy of election results if he is not declared the winner, constitute unlawful voter intimidation in violation of Section 11(b) of the Voting Rights Act.

Next, Plaintiffs ask the Court to declare that: (a) Plaintiffs are likely to succeed on the merits of their claim that Defendants violated Section 11(b) of the Voting Rights Act of 1965; (b) Plaintiffs are likely to suffer irreparable harm in the absence of preliminary injunctive relief; (c) the balance of equities is in Plaintiffs' favor; (d) a temporary restraining order and/or preliminary injunction is in the public interest; and (e) a declaratory judgment setting out Defendants' violations of Section 11(b) identified above is warranted.

Plaintiffs also ask the Court to issue an Order enjoining on a temporary and/or preliminary basis the Defendants identified below from engaging in the following actions:

1. Defendant Trump from encouraging, urging, and/or importuning his supporters: to bring weapons to polling places, to block access to polling places, to question or otherwise intimidate voters, or to otherwise interfere with voting and ballot counting.

2. Defendants Trump, Barr, and Wolf from deploying federal law enforcement agents at, or within 300 feet of, polling places while voting is underway for the purpose of: questioning voters about their credentials; impeding or delaying voters by asking for identification; videotaping, photographing, or otherwise making visual records of voters or their vehicles; informing voters that voter fraud is a crime; or recounting the penalties under any state or federal statute for impermissibly casting a ballot.

3. Defendants Trump, Barr, and Wolf from deploying armed federal law enforcement agents at, or within 300 feet of, polling places while voting and ballot counting is underway except where necessary, as demonstrated by specific evidence pertaining to a particular polling place, to repel armed enemies of the United States.

4. Defendants Trump, Barr, and Wolf from ordering federal agents and employees to block the delivery of ballots or interfere in the counting of ballots.

2

5.      Defendants from taking any actions that may limit the speed or reliability of mail delivery between now and November 10, 2020.

6.      Defendant Trump from using official White House public communications channels, including the @realDonaldTrump Twitter account, to make statements or suggest that lawful votes will be subjected to heightened scrutiny by election officials; that people who lawfully vote by mail will have their ballots or their voting eligibility scrutinized by election officials; that lawful mail-in votes will not be counted; or that lawful mail-in ballots will be challenged.

Plaintiffs further ask that, pursuant to Federal Rule of Civil Procedure 65(c), the Court find that a bond is unnecessary and that requiring a bond would not be in the public interest under the circumstances of this litigation.

Plaintiffs finally ask that the declaratory and injunctive relief remain in effect pending final resolution of this action or further order of this Court.

The factual bases for the requested relief are set out in three accompanying declarations and the documents cited in footnotes in the Complaint.  The legal bases for the requested relief are set out in the accompanying memorandum of law.

Finally, the accompanying declaration of Michael Lieder, Esq., sets out that Plaintiffs have provided notice to Daniel Van Horn, Chief of the Civil Division of the United States Attorney's Office for the District of Columbia, that they will seek a hearing on this motion as soon as a judge is assigned to the case and that copies of all pleadings and papers filed in the action to date or to be presented to the Court at the hearing have been furnished to Daniel Van Horn.

Date:   October 21, 2020
        Washington, D.C.

3

Respectfully submitted,

MEHRI & SKALLET, PLLC


By:___/s/ Michael D. Lieder_____
Cyrus Mehri
Michael Lieder
1250 Connecticut Ave., NW, Suite 300
Washington, DC 20036
cmehri@findjustice.com
mlieder@findjustice.com

EMERY CELLI BRINCKERHOFF ABADY
WARD & MAAZEL LLP

Matthew D. Brinckerhoff (*pro hac vice* forthcoming)
Jonathan S. Abady (*pro hac vice* forthcoming)
Samuel Shapiro (*pro hac vice* forthcoming)
Marissa R. Benavides (*pro hac vice* forthcoming)
600 Fifth Avenue, 10th Floor
New York, NY 10020
Tel: 212-763-5000
mbrinckerhoff@ecbawm.com
jabady@ecbawm.com
sshapiro@ecbawm.com
mbenavides@ecbawm.com

FREE SPEECH FOR PEOPLE

Ronald Fein
rfein@freespeechforpeople.org (D.D.C. Bar No.
MA0012)
Gillian Cassell-Stiga (*pro hac vice* forthcoming)
gillian@freespeechforpeople.org
John Bonifaz (*pro hac vice* forthcoming)
jbonifaz@freespeechforpeople.org
Ben Clements (*pro hac vice* forthcoming)
bclements@freespeechforpeople.org
1320 Centre Street, Suite 405
Newton, MA 02459
Telephone: (617) 244-0234

*Counsel for Plaintiffs*

4