AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Mi Familia Vota Education Fund et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:20-cv-03030 |
| Donald J. Trump et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Mi Familia Vota Education Fund, Sara Schwartz, and Marla Lopez                     .

Date:   10/21/2020

/s/ Ronald A. Fein
*Attorney's signature*

Ronald A. Fein, D.D.C. Bar No. MA0012
*Printed name and bar number*
Free Speech For People
1320 Centre St #405
Newton, MA 02459

*Address*

rfein@freespeechforpeople.org
*E-mail address*

(617) 244-0234
*Telephone number*

(512) 628-0142
*FAX number*