IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MI FAMILIA VOTA EDUCATION FUND; SARA SCHWARTZ; MARLA LOPEZ, <br><br> Plaintiffs, <br><br> -against- <br><br> DONALD J. TRUMP, in his individual and official capacity as President of the United States; WILLIAM P. BARR, in his official capacity as Attorney General; and CHAD F. WOLF, in his official capacity as Acting Secretary of Homeland Security, <br><br> Defendants. | No. 1:20-cv-03030____ <br><br> **ERRATA TO COMPLAINT** |

Earlier today the Plaintiffs, by their undersigned counsel, filed a Complaint that overlooked the requirement under Local Civil Rule 5.1 that the caption contain the full residence address of each party. Plaintiffs attach to this filing a caption containing the required information.

Date:   October 21, 2020
        Washington, D.C.

1

Respectfully submitted,

MEHRI & SKALLET, PLLC


By:  /s/ Michael D. Lieder
Cyrus Mehri
Michael Lieder
1250 Connecticut Ave., NW, Suite 300
Washington, DC 20036
cmehri@findjustice.com
mlieder@findjustice.com

EMERY CELLI BRINCKERHOFF ABADY
WARD & MAAZEL LLP

Matthew D. Brinckerhoff (*pro hac vice* forthcoming)
Jonathan S. Abady (*pro hac vice* forthcoming)
Samuel Shapiro (*pro hac vice* forthcoming)
Marissa R. Benavides (*pro hac vice* forthcoming)
600 Fifth Avenue, 10th Floor
New York, NY 10020
Tel: 212-763-5000
mbrinckerhoff@ecbawm.com
jabady@ecbawm.com
sshapiro@ecbawm.com
mbenavides@ecbawm.com

FREE SPEECH FOR PEOPLE

Ronald Fein
rfein@freespeechforpeople.org (D.D.C. Bar No. MA0012)
Gillian Cassell-Stiga (*pro hac vice* forthcoming)
gillian@freespeechforpeople.org
John Bonifaz (*pro hac vice* forthcoming)
jbonifaz@freespeechforpeople.org
Ben Clements (*pro hac vice* forthcoming)
bclements@freespeechforpeople.org
1320 Centre Street, Suite 405
Newton, MA 02459
Telephone: (617) 244-0234

*Counsel for Plaintiffs*