IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MI FAMILIA VOTA EDUCATION FUND<br>1140 E Washington St.<br>Building C, Suite 206<br>Phoenix, AZ 85034;<br><br>SARA SCHWARTZ<br>2426 Frankford Avenue<br>Apt. 1<br>Philadelphia, PA 19125;<br><br>and<br><br>MARLA LOPEZ<br>3230 South Gessner Rd.<br>Apt # 2506<br>Houston, TX 77063,<br><br>              Plaintiffs,<br><br>      -against-<br><br>DONALD J. TRUMP, in his individual and official capacity as President of the United States<br>1600 Pennsylvania Avenue NW<br>Washington DC<br><br>The Mar-a-Lago Club<br>1100 S Ocean Blvd.<br>Palm Beach, FL 33480;<br><br>WILLIAM P. BARR, in his official capacity as Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001;<br><br><br>Caption continued on next page | No. _____<br><br>**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF** |

and

CHAD F. WOLF, in his official capacity as
Acting Secretary of Homeland Security
c/o Office of the General Counsel
U.S. Department of Homeland Security
2707 Martin Luther King Jr. Ave, SE
Mail Stop 0485
Washington, DC 20528-0485,

        Defendants.