# UNITED STATES DISTRICT COURT
### for the
District of Columbia  ▾

<table>
<tr><td>

MI FAMILIA VOTA EDUCATION FUND; SARA
SCHWARTZ; MARLA LOPEZ

_____

*Plaintiff(s)*

v.

DONALD J. TRUMP, in his individual and official
capacity as President of the United States; WILLIAM
P. BARR, in his official capacity as Attorney General;
and CHAD F. WOLF, in his official capacity as Acting
Secretary of Homeland Security
*Defendant(s)*

</td><td>

)
)
)
)
)
)
)
)
)
)
)
)
)

</td><td>

Civil Action No.   20-cv-03030-RJL

</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Donald J. Trump, in his individual and official capacity
The White House
1600 Pennsylvania Avenue, N.W.
Washington, D.C. 20500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael D. Lieder
Mehri & Skalet, PLLC
1250 Connecticut Ave., NW, Suite 300
Washington, DC 20036

Ronald Fein
Free Speech for People
1320 Center Street, Suite 405
Newton, MA 02459

Matthew D. Brinckerhoff
Emery Celli Brinckerhoff Abady Ward &
Maazel LLP
600 Fifth Ave., 10th Floor
New York, NY 10020

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date:   10/22/2020        /s/ Michael Darby
_____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

District of Columbia ▼

| | |
|---|---|
| MI FAMILIA VOTA EDUCATION FUND; SARA SCHWARTZ; MARLA LOPEZ<br><br>*Plaintiff(s)*<br>v.<br>DONALD J. TRUMP, in his individual and official capacity as President of the United States; WILLIAM P. BARR, in his official capacity as Attorney General; and CHAD F. WOLF, in his official capacity as Acting Secretary of Homeland Security<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  **20-cv-03030-RJL** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  William P. Barr, in his official capacity as Attorney General
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael D. Lieder
Mehri & Skalet, PLLC
1250 Connecticut Ave., NW, Suite 300
Washington, DC 20036

Ronald Fein
Free Speech for People
1320 Center Street, Suite 405
Newton, MA 02459

Matthew D. Brinckerhoff
Emery Celli Brinckerhoff Abady Ward & Maazel LLP
600 Fifth Ave., 10th Floor
New York, NY 10020

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date:  10/22/2020

/s/ Michael Darby

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

### for the

District of Columbia ▾

| | |
|---|---|
| MI FAMILIA VOTA EDUCATION FUND; SARA SCHWARTZ; MARLA LOPEZ<br><br>*Plaintiff(s)*<br><br>v.<br><br>DONALD J. TRUMP, in his individual and official capacity as President of the United States; WILLIAM P. BARR, in his official capacity as Attorney General; and CHAD F. WOLF, in his official capacity as Acting Secretary of Homeland Security<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. **20-cv-03030-RJL**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Chad F. Wolf, in his capacit as Acting Secretary of Homeland Security
Nebraska Avenue Complex
3801 Nebraska Ave NW
Washington, DC 20016

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael D. Lieder
Mehri & Skalet, PLLC
1250 Connecticut Ave., NW, Suite 300
Washington, DC 20036

Ronald Fein
Free Speech for People
1320 Center Street, Suite 405
Newton, MA 02459

Matthew D. Brinckerhoff
Emery Celli Brinckerhoff Abady Ward & Maazel LLP
600 Fifth Ave., 10th Floor
New York, NY 10020

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*



Date: **10/22/2020**

/s/ Michael Darby

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

### for the

District of Columbia ▼

| | |
|---|---|
| MI FAMILIA VOTA EDUCATION FUND; SARA SCHWARTZ; MARLA LOPEZ | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. **20-cv-03030-RJL** |
| DONALD J. TRUMP, in his individual and official capacity as President of the United States; WILLIAM P. BARR, in his official capacity as Attorney General; and CHAD F. WOLF, in his official capacity as Acting Secretary of Homeland Security | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Michael R. Sherwin, in his official capacity as Acting U.S. Attorney
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael D. Lieder
Mehri & Skalet, PLLC
1250 Connecticut Ave., NW, Suite 300
Washington, DC 20036

Ronald Fein
Free Speech for People
1320 Center Street, Suite 405
Newton, MA 02459

Matthew D. Brinckerhoff
Emery Celli Brinckerhoff Abady Ward & Maazel LLP
600 Fifth Ave., 10th Floor
New York, NY 10020

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 10/22/2020

/s/ Michael Darby

*Signature of Clerk or Deputy Clerk*