# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MI FAMILIA VOTA EDUCATION FUND; SARA SCHWARTZ; and MARLA LOPEZ,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his individual and official capacity as President of the United States; WILLIAM P. BARR, in his official capacity as Attorney General; and CHAD F. WOLF, in his official capacity as Acting Secretary of Homeland Security,<br><br>Defendants. | Civil Action No. 20-03030 (RJL) |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Joshua E. Gardner, U.S. Department of Justice, Civil Division, Federal Programs Branch, hereby provides notice of appearance as counsel of record in this case for Defendants sued in their official capacities.

Dated:  October 22, 2020

Respectfully submitted,

JEFFREY B. CLARK
Acting Assistant Attorney General

*/s/ Joshua E. Gardner*
JOSHUA E. GARDNER
Special Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC  20005
Tel:  (202) 305-7583
Fax:  (202) 616-8470
E-mail:  Joshua.E.Gardner@usdoj.gov

*Counsel for Defendants*