UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

MI FAMILIA VOTA EDUCATION FUND;
SARA SCHWARTZ; MARLA LOPEZ,

              Plaintiffs,

     v.

DONALD J. TRUMP, in his individual and official capacity as President of the United States; WILLIAM P. BARR, in his official capacity as Attorney General; LOUIS DEJOY, in his official capacity as Postmaster General; and CHAD F. WOLF, in his official capacity as Acting Secretary of Homeland Security,

              Defendants.

CASE NO: 1:20-cv-03030

## MOTION FOR ADMISSION OF ATTORNEY GILLIAN CASSELL-STIGA

### *PRO HAC VICE*

      Pursuant to LCvR 83.2(d), Plaintiff, by and through undersigned counsel, hereby moves for the admission and appearance of attorney Gillian Cassell-Stiga *pro hac vice* in the above-captioned action. This motion is supported by the Declaration of Gillian Cassell-Stiga filed herewith. As set forth in Ms. Cassell-Stiga's declaration, she is admitted to practice and in good standing in the State of New York and is also admitted to practice before the United States District Courts for the Southern District of New York, the Eastern District of New York, the District of New Jersey, and the United States Courts of Appeals for the Second Circuit.

      This application is sponsored and signed by Michael Lieder, an active member of the Bar of this Court.

Dated the 23nd day of October, 2020

                                  /s/ Michael Lieder
                                _____

Michael Lieder
Bar # 444273
MEHRI & SKALET, PLLC
1250 Connecticut Ave., NW, Suite 300
Washington, DC 20036
Phone:  202-822-5100
Email:  mlieder@findjustice.com