UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

MI FAMILIA VOTA EDUCATION FUND;
SARA SCHWARTZ; MARLA LOPEZ,

                    Plaintiffs,

     v.

DONALD J. TRUMP, in his individual and
official capacity as President of the United States;
WILLIAM P. BARR, in his official capacity as
Attorney General; and CHAD F. WOLF, in his
official capacity as Acting Secretary of Homeland
Security,

                  Defendants.

**DECLARATION OF
GILLIAN CASSELL-STIGA IN
SUPPORT OF MOTION FOR
ADMISSION *PRO HAC VICE***

**CASE NO: 1:20-cv-03030**

I, Gillian Cassell-Stiga, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am counsel at Free Speech For People, located at 1320 Centre Street #405, Newton, MA 02459, and my telephone number is 617-453-8534.

2. I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. I have been admitted to practice in the following courts and bars:

   State of New York
   State of New Jersey
   U.S. District Court for the Southern District of New York
   U.S. District Court for the Eastern District of New York
   U.S. District Court for the District of New Jersey
   Second Circuit Court of Appeals

4. I am a member in good standing of the Bar of the State of New York.

5. I have not been disciplined by any bar and there are no pending disciplinary proceedings against me in any State or Federal court.

6. I have not previously been admitted *pro hac vice* in this Court.

7. I am not a member of the District of Columbia Bar nor do I have an application pending.

8. I do not have an office located within the District of Columbia.

9. Wherefore your declarant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in this case for Plaintiffs.

Dated the 21st day of October, 2020

/s/ Gillian Cassell-Stiga

_____

Gillian Cassell-Stiga
Special Counsel
Free Speech For People
1320 Centre St. #405
Newton, MA 02459
Phone:  617-453-8534
Fax:     512-628-0142
Email:  gillian@freespeechforpeople.org