UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| MI FAMILIA VOTA EDUCATION FUND; SARA SCHWARTZ; MARLA LOPEZ,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP, in his individual and official capacity as President of the United States; WILLIAM P. BARR, in his official capacity as Attorney General; and CHAD F. WOLF, in his official capacity as Acting Secretary of Homeland Security,<br><br>　　　　　　Defendants. | CASE NO: 1:20-cv-03030 |

**[PROPOSED] ORDER**

Upon review of Plaintiffs' Motion for Admission of Attorney Gillian Cassell-Stiga *Pro Hac Vice*, it is, this ___ day of October 2020, by the United States District Court for the District of Columbia, hereby ORDERED that

The motion is GRANTED; and

Attorney Gillian Cassell-Stiga IS ADMITTED *pro hac vice* to practice before this Court for the purpose of the above-captioned action.

_____
United States District Judge