IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MI FAMILIA VOTA EDUCATION FUND; SARA SCHWARTZ; MARLA LOPEZ,<br><br>　　　　　　Plaintiffs,<br><br>　-against-<br><br>DONALD J. TRUMP, in his individual and official capacity as President of the United States; WILLIAM P. BARR, in his official capacity as Attorney General; and CHAD F. WOLF, in his official capacity as Acting Secretary of Homeland Security,<br><br>　　　　　　Defendants. | No. 20 Civ. 03030 (RJL)<br><br>**NOTICE OF DISMISSAL** |

　　　　　Plaintiffs, by their undersigned counsel, hereby notice the dismissal of this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

-- SEE NEXT PAGE FOR SIGNATURE BLOCK --

Date:   October 30, 2020

        Respectfully submitted,

        MEHRI & SKALLET, PLLC

        By:  /s/ Michael D. Lieder
        Cyrus Mehri
        Michael Lieder
        1250 Connecticut Ave., NW, Suite 300
        Washington, DC 20036
        cmehri@findjustice.com
        mlieder@findjustice.com

        EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

        Matthew D. Brinckerhoff (*pro hac vice* pending)
        Jonathan S. Abady (*pro hac vice* pending)
        Samuel Shapiro (*pro hac vice* pending)
        Marissa R. Benavides (*pro hac vice* pending)
        600 Fifth Avenue, 10th Floor
        New York, NY 10020
        Tel: 212-763-5000
        mbrinckerhoff@ecbawm.com
        jabady@ecbawm.com
        sshapiro@ecbawm.com
        mbenavides@ecbawm.com

        FREE SPEECH FOR PEOPLE

        Ronald Fein (D.D.C. Bar No. MA0012)
        rfein@freespeechforpeople.org
        Gillian Cassell-Stiga (*pro hac vice* pending)
        gillian@freespeechforpeople.org
        John Bonifaz (*pro hac vice* pending)
        jbonifaz@freespeechforpeople.org
        Ben Clements (*pro hac vice* pending)
        bclements@freespeechforpeople.org
        1320 Centre Street, Suite 405
        Newton, MA 02459
        Telephone: (617) 244-0234

        *Counsel for Plaintiffs*